**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTONIO S. HINOJOS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>KOHL'S CORPORATION, a Wisconsin corporation; KOHL'S DEPARTMENT STORES, INC., a Delaware corporation,<br><br>*Defendants-Appellees*. | No. 11-55793<br><br>D.C. No. 2:10-cv-07590-ODW-AGR<br><br>ORDER |

Filed July 8, 2013

Before: Stephen Reinhardt, Kim McLane Wardlaw, and Richard A. Paez, Circuit Judges.

## ORDER

The majority opinion filed May 21, 2013, is hereby amended as follows:

1. Footnote 6, Slip. Op. at 11, is deleted.

With this amendment, the panel has voted to deny the petition for panel rehearing and the suggestion for rehearing en banc.

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petitions for rehearing and rehearing en banc are denied.

The petition for rehearing and the suggestion for rehearing en banc are **DENIED**. No future petitions for rehearing or petitions for rehearing en banc will be entertained.